IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-D-1697 (MJW)

MARIE HENNING,

      Plaintiff,

v.

ROSESTAR SOUTHWEST, LLC, d/b/a HYATT REGENCY BEAVER CREEK.

      Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Defendant's Motion to Reschedule the Trial Conference Scheduled for September 1, 2005 (filed August 9, 2005) is **GRANTED**.  The Final Trial Preparation Conference set for September 1, 2005 is **RESET** to **Tuesday, August 30, 2005, at 4:00 p.m.**

Dated:  August 9, 2005

                                 s/ Tisa M. Duckworth
                                 Judicial Assistant