IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-CV-01697-WYD-MJW

MARIE HENNING,

    Plaintiff,

v.

ROSESTAR SOUTHWEST, LLC, d/b/a HYATT REGENCY BEAVER CREEK.

    Defendants.

___

**ORDER**
___

    This matter is before the Court upon a review of the file. On August 30, 2005, the parties notified the Court that they have agreed to binding arbitration in this matter. The trial and final pretrial conference in this matter were vacated by this Court and the parties were Ordered to file status reports every forty-five days from the date of the Order. It appears, however, that this case should be administratively closed under the Local Rules to be reopened for good cause shown. Good cause may include any issues associated with appeal of the arbitration.

Accordingly, it is

    ORDERED that, pursuant to D.C.COLO.LR 41.1A, this case is administratively closed to be reopened for good cause shown.

    Dated: September 27, 2005

                                                  BY THE COURT:
                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge