IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  02-cv-01697-WYD

MARIE HENNING,

    Plaintiff,

v.

ROSESTAR SOUTHWEST, LLC d/b/a
HYATT REGENCY BEAVER CREEK

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal With Prejudice (docket #109), filed November 7, 2007.  After carefully reviewing the above-captioned case and the requirements set forth in Fed. R. Civ. P. 41(a)(1), I find that this stipulation should be approved.  Accordingly, it is

ORDERED that the Stipulation for Dismissal With Prejudice (docket #109) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs.

Dated: November 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge